(133 So. 921)

## Jasper OWENS v. FIRST NATIONAL BANK OF GREENVILLE.

4 Div. 513.

Supreme Court of Alabama.

March 26, 1931.

PER CURIAM.

Appeal dismissed for want of prosecution.

(132 So. 908)

## John C. PEARSON v. Hugh PRINCE.

6 Div. 860.

Supreme Court of Alabama.

Feb. 17, 1931.

PER CURIAM.

Appeal dismissed.

(132 So. 908)

## Hugh PRINCE v. John C. PEARSON.

6 Div. 861.

Supreme Court of Alabama.

Feb. 17, 1931.

PER CURIAM.

Appeal dismissed.

(133 So. 921)

## Ex parte A. M. RATTRAY.

7 Div. 991.

Supreme Court of Alabama.

March 26, 1931.

J. P. Mudd, of Birmingham, for petitioner.

Inzer, Inzer & Davis and L. B. Rainey, all of Gadsden, for respondent.

THOMAS, J.

Writ denied.

ANDERSON, C. J., and BOULDIN and BROWN, JJ., concur.

(133 So. 921)

## Snow SEXTON v. STATE.

4 Div. 544.

Supreme Court of Alabama.

March 19, 1931.

C. R. McKinzie, of Bradleyton, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

BOULDIN, J.

Petition of Snow Sexton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sexton v. State, 133 So. 926 (4 Div. 748).

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(130 So. 917)

## Ex parte Mamie SLAWSON et al.

4 Div. 524.

Supreme Court of Alabama.

Oct. 23, 1930.

Rehearing Denied Nov. 13, 1930.

Guy W. Winn, of Clayton, for petitioner.

PER CURIAM.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.